**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SAND ASSOCIATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 03-4501 SI<br>Related Case No. C 03-2509 SI<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

　　　　This case is related to *Center for Biological Diversity et al. v. Bureau of Land Management et al.*, C 03-2509 SI. By order filed March 3, 2005 in both cases, the Court lifted the stay in this case and set a briefing schedule for managing the remaining claims in both cases. A review of the docket shows that the subsequent summary judgment briefing was filed only in 03-2509 SI. As the parties are aware, the Court ruled on the summary judgment motions and entered judgment in 03-2509 SI. Because the claims in both actions concern the same biological opinion, and in light of the fact that 03-2509 SI is now closed, the Court finds that this case should be administratively closed. If any party objects to this administrative closure, they shall so notify the Court.

　　　　**IT IS SO ORDERED.**

Dated: March 5, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_Susan Illston_
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge